[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-15950
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 2, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00085-CR-ORL-22DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERMAN MUNOZ CANOLA,
a.k.a. German Munoz,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 2, 2006)

Before MARCUS, WILSON and HILL, Circuit Judges

PER CURIAM:

H. Kyle Fletcher, appointed counsel for German Munoz Canola in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Canola's conviction and sentence are **AFFIRMED**.